JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DEFENDANTS
THE PEPSI BOTTLING GROUP, INC.

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Cindy O'Hara
Equal Employment Opportunity Commission
350 The Embarcadero, Suite 500
San Francisco, CA 94105

Attorneys (If Known)

EMC    ADR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | Med. Malpractice | [ ] 625 Drug Related Seizure | 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | Liability | [ ] 365 Personal Injury — | of Property 21 USC 881 | | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| & Enforcement of Judgment | Slander | [ ] 368 Asbestos Personal | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | Injury Product | [ ] 650 Airline Regs. | [ ] 830 Patent | Corrupt Organizations |
| [ ] 152 Recovery of Defaulted | Liability | Liability | [ ] 660 Occupational | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| Student Loans | [ ] 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | [ ] 490 Cable/Sat TV |
| (Excl. Veterans) | [ ] 345 Marine Product | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment | Liability | [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/ |
| of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal | | | Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | Property Damage | [ ] 710 Fair Labor Standards | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge |
| [ ] 190 Other Contract | Product Liability | [ ] 385 Property Damage | Act | [ ] 862 Black Lung (923) | 12 USC 3410 |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| | | | [ ] 740 Railway Labor Act | | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate | [ ] 790 Other Labor Litigation | | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [X] 442 Employment | Sentence | [ ] 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ | **Habeas Corpus:** | Security Act | [ ] 870 Taxes (U.S. Plaintiff | [ ] 900 Appeal of Fee |
| [ ] 240 Torts to Land | Accommodations | [ ] 530 General | | or Defendant) | Determination |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 871 IRS—Third Party | Under Equal Access |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | **IMMIGRATION** | 26 USC 7609 | to Justice |
| | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee | | State Statutes |
| | | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Americans with Disabilities Act, 42 USC §12101 et seq., as amended
Brief description of cause:
Failure to accommodate and discharge because of disability.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND      [ ] SAN JOSE

DATE 9/28/09
SIGNATURE OF ATTORNEY OF RECORD

```
 1  WILLIAM R. TAMAYO -- #084965 (CA)
    JONATHAN T. PECK -- #12303 (VA)
 2  DAVID F. OFFEN-BROWN – #63321 (CA)
    CINDY O'HARA -- #114555 (CA)
 3  EQUAL EMPLOYMENT OPPORTUNITY
      COMMISSION
 4  San Francisco District Office
    350 The Embarcadero, Suite 500
 5  San Francisco, California 94105-1260
    Telephone: (415) 625-5653
 6
    Attorneys for Plaintiff
 7
```



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) Civil Action No. 09 4594 |
|---|---|
| Plaintiff, | ) **COMPLAINT** |
| v. | ) Civil Rights - Employment Discrimination |
| THE PEPSI BOTTLING GROUP, INC., | ) **DEMAND FOR JURY TRIAL** |
| Defendant. | ) |

### NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Charging Party Eldridge Davis who was adversely affected by such practices. Charging Party Davis, a qualified individual with a disability, was discriminated against by not having his disability accommodated and being discharged based on his disability.

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12117(a), which

COMPLAINT                                                                                           Page 1

incorporates by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3) and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. Venue is proper in the United States District Court for the Northern District of California because the unlawful employment practices alleged herein were committed the State of California, in the County of Alameda, California, within the jurisdiction of the United States District Court for the Northern District of California. Venue is therefore proper in the United States District Court for the Northern District of California.

## INTRADISTRICT ASSIGNMENT

3. This action is appropriate for assignment to the San Francisco/Oakland Division of this Court because the unlawful employment practices alleged were committed within Alameda County, within the jurisdiction of the San Francisco/Oakland Division.

## PARTIES

4. Plaintiff, the Equal Employment Opportunity Commission (Plaintiff or Commission) is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

5. At all relevant times, Defendant The Pepsi Bottling Group, Inc. (hereinafter Defendant or Defendant Pepsi), has continually been a Delaware corporation doing business in the State of California and the City of Hayward, and has continuously had at least 15 employees.

6. At all relevant times, Defendant Pepsi has continuously been engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C.§ 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference

1  Section 701(g) and (h) of Title VII, 42 U.S.C. § 2000e(g) and (h).

2      7.    At all relevant times, Defendant Pepsi has been a covered entity under
3  Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

5      8.    More than thirty days prior to the institution of this lawsuit, Charging Party
6  Eldridge Davis (Charging Party Davis) filed a charge with Plaintiff Commission alleging
7  violations of Title I of the ADA by Defendant Pepsi. All conditions precedent to the
8  institution of this lawsuit have been fulfilled.

9      9.    Since at least July 27, 2005, Defendant Pepsi has engaged in unlawful
10 employment practices at its Hayward, California facility, in violation of Section 102 of
11 Title I of the ADA, 42 U.S.C. 12112(a). These practices have included but are not limited
12 to discharging Charging Party Davis because of his disability, and failing to accommodate
13 his disability.

14     10.    The effect of the actions complained of in paragraph 9 above has been to
15 deprive Charging Party Davis of equal employment opportunities and otherwise adversely
16 affect his status as an employee because of his disability.

17     11.    The unlawful employment practices complained of in paragraph 9 above
18 were intentional.

19     12.    The unlawful employment practices complained of in paragraph 9 above
20 were done with malice or with reckless indifference to the federally protected rights of
21 Charging Party Davis.

## PRAYER FOR RELIEF

23 Wherefore, the Commission respectfully requests that this Court:

24     A.    Grant a permanent inunction enjoining Defendant, its officers, agents,
25 successors, assigns, and all persons in active concert or participation with it, from
26 terminating the employment of an employee because of disability, failing to reinstate and
27 failing to accommodate because of disability, and engaging in any other employment
28 practice which discriminates on the basis of disability.

1       B.     Order Defendant to institute and carry out policies, practices, and programs
2 which provide equal employment opportunities for qualified individuals with disabilities,
3 and which eradicate the effects of its past and present unlawful employment practices.

4       C.     Order Defendant to make whole Charging Party Davis by providing
5 appropriate back pay and benefits with prejudgment interest, and other affirmative relief
6 necessary to eradicate the effects of its unlawful employment practices, including but not
7 limited to reinstatement and/or front pay and other appropriate relief to be determined at
8 trial.

9       D.     Order Defendant to make whole Charging Party Davis by providing
10 compensation for past pecuniary losses resulting from the unlawful employment practices
11 described above, including out-of-pocket medical expenses and costs associated with job
12 search, in an amount to be determined at trial.

13       E.     Order Defendant to make whole Charging Party Davis by providing
14 compensation for past and future nonpecuniary losses resulting from the unlawful
15 practices complained of above including, but not limited to, emotional pain and suffering,
16 mental anguish, inconvenience, loss of enjoyment of life and humiliation, in amounts to
17 be determined at trial.

18       F.     Order Defendant to pay Charging Party Davis punitive damages for the
19 malicious and reckless conduct described above, in amounts to be determined at trial.

20       G.     Grant such further relief as the Court may deem just and proper in the public
21 interest.

22 //
23 //
24 //
25 //
26 //
27 //
28 //

COMPLAINT                   Page 4

H.   Award the Commission its costs of this action.

## DEMAND FOR JURY TRIAL

The Commission demands a jury trial on all questions of fact raised by its complaint.

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

**Equal Employment Opportunity Commission**
131 M Street, N.E.
Washington, DC 20507

Date: _September 29_, 2009

WILLIAM R. TAMAYO
Regional Attorney

Date: _____, 2009

DAVID F. OFFEN-BROWN
Supervisory Trial Attorney

Date: _Sept 28_, 2009

CINDY O'HARA
Senior Trial Attorney

**Equal Employment Opportunity Commission**
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

COMPLAINT                                                                 Page 5