WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
DAVID F. OFFEN-BROWN – #63321 (CA)
CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105-1260
Telephone:  (415) 625-5653

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | Civil Action No. 09-04594 MHP |
| Plaintiff, | **STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT DATES;** |
| v. | ~~[proposed]~~ **ORDER** |
| **THE PEPSI BOTTLING GROUP, INC.,** | |
| Defendant. | |

The parties to this matter, by and through their counsel of record, hereby stipulate and request that, due to scheduling conflicts with the dates set in the Clerk's Notice scheduling the Case Management Conference in this matter,  the date for the Case Management Conference be moved from Monday, March 15, 2010, at 4:00 p.m., to Monday, April 5, 2010, at 4:00 p.m.  The filing date for the Joint Case Management Conference Statement, due ten days before the Case Management Conference, would likewise be moved from March 5, 2010, to March 26, 2010.

It is so stipulated.

E-filing certification:  I, Cindy O'Hara, certify that I have obtained the concurrence of James H. Berry, Jr. counsel for Defendant, for the filing of this Stipulation and Request for Continuance of Case Management Dates; and [proposed]] Order.

Dated: February 26, 2010

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

    /S/ Cindy O'Hara

For Plaintiff EEOC

Dated: February 26, 2010

BERRY & LUSSIER

    /S/ James H. Berry, Jr.

For Defendant The Pepsi Bottling Group,
Inc.

### ORDER

IT IS SO ORDERED.  The new schedule is as follows:

The Case Management Conference is rescheduled from Monday, March 15, 2010, at 4:00 p.m., to Monday, April 5, 2010, at 4:00 p.m.  The Joint Case Management Conference Statement is due no later than ten days before the Case Management Conference, that is no later than March 26, 2010.

Dated:    3/2/2010

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA