WILLIAM R. TAMAYO (SB# 084965) (CA)
DAVID OFFEN-BROWN (SB#63321) (CA)
CINDY O'HARA (SB# 114555) (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone: (415) 625-5653
Facsimile: (415) 625-5657
E-mail: cindy.ohara@eeoc.gov
Attorneys for Plaintiff EEOC

JAMES H. BERRY, JR. (State Bar No. 075834)
KEVIN R. LUSSIER (State Bar No. 143821)
BERRY & LUSSIER
A Professional Corporation
1901 Avenue of the Stars, Suite 1060
Los Angeles, California 90067
Telephone:   (310) 557-8989
Facsimile:   (310) 788-0080
E-mail: jberry@bandlpc.com
E-mail: klussier@bandlpc.com

Attorneys for Defendant
THE PEPSI BOTTLING GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>THE PEPSI BOTTLING GROUP, INC.,<br><br>  Defendant. | Case No. 09-04594 MHP<br><br>**STIPULATION TO CONTINUE CASE SCHEDULE; DECLARATIONS OF JAMES H. BERRY, JR. AND CINDY O'HARA; AND [PROPOSED] ORDER**<br><br>Date:       T/B/D<br>Time:       T/B/D<br>Courtroom:  15 |

Case No. 09-04594 MHP                         1                    STIPULATION TO CONTINUE CASE
                                                                   SCHEDULE AND [PROPOSED] ORDER

1   The parties to the above-entitled action jointly submit this Stipulation to Continue Case
2   Schedule and Proposed Order and request the Court to adopt the new schedule proposed below in
3   this case.
4       This Stipulation is submitted and based on the following grounds:
5       1. The parties are and have been engaged in ongoing settlement negotiations with the
6          aim of reaching a comprehensive settlement resolving this case in its entirety.
7       2. The parties believe there is a reasonable likelihood that this case will be resolved
8          by settlement.
9       3. Substantial discovery is in process. The parties anticipate that much additional
10         discovery (including additional written discovery and multiple depositions) will be
11         required to be completed to prepare the case for trial if settlement is not reached.
12         The current discovery cutoff is April 1, 2011. Without a continuance of the current
13         case schedule, the parties will be required to devote substantial time, resources,
14         and funds to such discovery, which would be mooted by settlement, rather than
15         focus on core matters essential to the settlement process. The parties believe that a
16         reasonable continuance of the case schedule, including the discovery cutoff, will
17         allow them to focus their efforts and resources instead on settlement and will
18         increase the prospects that this case will be resolved by settlement rather than by
19         trial or other proceedings before this Court.
20      4. Accordingly, the parties request that the schedule in this case be continued for a
21         period of at least 90 days to permit them to exhaust settlement possibilities.
22      5. The parties have obtained no prior continuances or made requests for continuances
23         of the case schedule.
24      6. The parties propose that the case schedule be continued and modified as provided
25         below:
26         a. Discovery cutoff – to be continued from April 1, 2011, to a date on or after
27            **July 1, 2011**
28         b. Last day for dispositive motion hearing - to be continued from May 23,

|   |   |
|---|---|
| 1 | 2011, to a date on or after **August 22, 2011** |
| 2 | c. Pretrial submissions to be filed - to be continued from June 26, 2011, to a |
| 3 | date on or after **September 26, 2011** |
| 4 | d. Pretrial Conference - to be continued from July 6, 2011, to a date on or |
| 5 | after **October 5, 2011** |
| 6 | e. Jury Trial - to be continued from July 19, 2011, to a date on or after |
| 7 | **October 18, 2011** |

Dated: Feb. 1, 2011                    EQUAL EMPLOYMENT OPPORTUNITY
                                                         COMMISSION


By: ___/s/ *Cindy O'Hara*_____
                    CINDY O'HARA

Attorneys for Plaintiff EEOC

Dated:  Feb. 1, 2011                    BERRY & LUSSIER,
                                                         A Professional Corporation


By:___/s/ *James H. Berry, Jr.*_____
                    JAMES H. BERRY, JR.

Attorneys for Defendant The Pepsi Bottling Group, Inc.

1 **DECLARATION OF JAMES H. BERRY, JR.**

2 I, James H. Berry, Jr., declare as follows:

3 1. I am an attorney duly admitted to practice law in all courts of the State of California, and before this Court. I am a principal of Berry & Lussier, A Professional Corporation, attorneys of record for Defendant The Pepsi Bottling Group, Inc. ("PBG"), in the above-captioned action. I make this declaration in support of this Stipulation to Continue Case Schedule and Proposed Order. I have personal knowledge of the following facts and, if called as a witness, I could and would testify to them competently.

2. The parties are and have been engaged in ongoing settlement negotiations with the aim of reaching a comprehensive settlement resolving this case in its entirety.

3. The parties believe there is a reasonable likelihood that this case will be resolved by settlement.

4. Substantial discovery is in process. The parties anticipate that much additional discovery (including additional written discovery and multiple depositions) will be required to be completed to prepare the case for trial if settlement is not reached. The current discovery cutoff is April 1, 2011. Without a continuance of the current case schedule, the parties will be required to devote substantial time, resources, and funds to such discovery, which would be mooted by settlement, rather than focus on core matters essential to the settlement process. The parties believe that a reasonable continuance of the case schedule, including the discovery cutoff, will allow them to focus their efforts and resources instead on settlement and will increase the prospects that this case will be resolved by settlement rather than by trial or other proceedings before this Court.

5. Accordingly, the parties request that the schedule in this case be continued for a period of at least 90 days to permit them to exhaust settlement possibilities.

6. There have been no prior continuances or requests for continuances of the case schedule.

7. The parties propose that the case schedule be continued and modified as provided below:

a. Discovery cutoff – to be continued from April 1, 2011, to a date on or after **July 1, 2011**

b. Last day for dispositive motion hearing - to be continued from May 23, 2011, to a date on or after **August 22, 2011**

c. Pretrial submissions to be filed - to be continued from June 26, 2011, to a date on or after **September 26, 2011**

d. Pretrial Conference - to be continued from July 6, 2011, to a date on or after **October 5, 2011**

e. Jury Trial - to be continued from July 19, 2011, to a date on or after **October 18, 2011**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 1, 2011, at Los Angeles, California.

/s/ *James H. Berry, Jr.*
James H. Berry, Jr.

**DECLARATION OF CINDY O'HARA**

I, Cindy O'Hara, declare as follows:

1. I am an attorney duly admitted to practice law in all courts of the State of California, and before this Court. I am an attorney with the Equal Employment Opportunity Commission, the plaintiff in above-captioned action. I concur with and join in the attached Declaration of James H. Berry, Jr. and make this declaration in support of this Stipulation to Continue Case Schedule and Proposed Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 1, 2011, at San Francisco, California.

/s/ *Cindy O'Hara*
Cindy O'Hara

1 **ORDER**

2     The Court having reviewed the foregoing Stipulation, and good cause appearing therefor,

3 IT IS ORDERED AS FOLLOWS:

4     1. The discovery cutoff is continued from April 1, 2011, to  July 1, 2011            .

5     2. The last day for dispositive motion hearing is continued from May 23, 2011, to

6         August 22, 2011     @  2:00 p.m.

7     3. The due date for pretrial submissions is continued from June 26, 2011, to

8         September 23, 2011    .

9     4. The Pretrial Conference is continued from July 6, 2011, to  October 5, 2011   @  2:30 p.m.

10     5. Jury trial is continued from July 19, 2011, to  October 18, 2011  @  8:30 a.m.

11

12 DATED:  2/2/2011          .  _____
                                                  UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*