1 ELDRIDGE DAVIS
6441 Essex Street
2 Oakland, California 94608
Telephone: (510) 760-9070
3 Facsimile: (510) 655-5222
E-mail: brnagain6@gmail.com
4
Plaintiff IN PRO PER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 09-cv-04594 EMC |
| Plaintiff, | REQUEST TO TAKE OFF CALENDAR PENDING MOTION FOR LEAVE TO FILE A COMPLAINT IN INTERVENTION |
| v. | |
| THE PEPSI BOTTLING GROUP, INC., | Date: July 22, 2011 |
| Defendant. | Time: 2:30 p.m. Crtrm.: 5 |

The undersigned has filed a motion for leave to file a proposed complaint in intervention in this action. That motion is set for hearing before this Court on Friday, July 22, 2011, at 2:30 P.M.

A settlement was reached on July 20, 2011, that will resolve this action in its entirety and moot the proposed motion. The parties are preparing the necessary paperwork, which is expected to be submitted to the Court shortly. The parties request that they be given 30 days to complete that process, although they hope to accomplish that at an earlier date.

The undersigned respectfully requests that the motion for leave to file a proposed complaint in intervention be taken off calendar.

Dated: July 21, 2011                         Respectfully submitted,

IT IS SO ORDERED.  CMC is reset
to 9/2/11 at 9:00 a.m.

_____
Eldridge Davis

_____
Edward M. Chen
U.S. District Judge

09-cv-04594 EMC
REQUEST TO TAKE OFF CALENDAR PENDING MOTION FOR LEAVE TO FILE A COMPLAINT IN INTERVENTION